Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

_TAMPA_ Division

Case No. 8:25 cv 207 KKM - CPT

*(to be filled in by the Clerk's Office)*

Michael Monroe Banks

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

–v–

Hillsborough County Sheriff's Office and Associates

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

FEB 3 2025 PM1:54
FILED - USDC - FLMD - TPA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                          Michael Monroe Banks
All other names by which
you have been known:          Mike, Mikey
ID Number                     2024-1770
Current Institution           Falkenburg Road Jail
Address                       520 N. Falkenburg Rd.
                              Tampa              FL      33619
                                   City        State    Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                      Hillsborough County Sheriff's Office
    Job or Title (if known)   Falkenburg Road Jail
    Shield Number             N/A
    Employer                  Hillsborough County Sheriff's Office
    Address                   520 N Falkenburg Rd.
                              Tampa              FL      33619
                                   City        State    Zip Code
                              ☐ Individual capacity   ☑ Official capacity

Defendant No. 2
    Name                      Sheriff Chad Chronister
    Job or Title (if known)   Sheriff
    Shield Number             unknown
    Employer                  Hillsborough County Sheriff's Office
    Address                   520 N. Falkenburg Rd.
                              Tampa              FL      33619
                                   City        State    Zip Code
                              ☑ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                   Naphcare Medical Services
    Job or Title *(if known)*    Medical Service Provider
    Shield Number       N/A
    Employer           Unknown
    Address            520 N. Falkenburg Rd.
                    Tampa           FL     33619
                       *City*            *State*     *Zip Code*
           ☐ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name                   Aramark Food Services
    Job or Title *(if known)*    Food/Canteen Service Provider
    Shield Number       N/A
    Employer           Unknown
    Address            520 N. Falkenburg Rd.
                    Tampa           FL     33619
                       *City*            *State*     *Zip Code*
           ☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. Constitution Amendments 1,5,8 and racial harassment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Law enforcement doesn't allow reports for poisonings due to laws that protect medical workers from being prosecuted for intentionally poisoning people. The Food and medical companies profit from poisoning the food.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- [✓] Pretrial detainee

- [ ] Civilly committed detainee

- [ ] Immigration detainee

- [ ] Convicted and sentenced state prisoner

- [ ] Convicted and sentenced federal prisoner

- [ ] Other (explain) _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Falkenburg Road Jail in Tampa, Florida. These events happened in confinement and population in the 2024 year.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

The problems are ongoing - please see attachments
for statements and facts.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The problems are ongoing - please see attachments
for statements and facts.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Harmful toxic chemicals added to food causes internal
physical and mental health problems. I've been treated for
constipation and confined while the food problems continue.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See attachment - Relief (VI)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Falkenburg Road Jail in Tampa, Florida

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
Violations of Constitutional Amendments, chemicals added to the food, officers and supervisors blocking the grievance procedure and reports to administration, and medical staff abusing power.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

I filed electronic grievances with supervisors and classification, and I filed paper medical grievances.

2.   What did you claim in your grievance?
① I claimed chemicals were in my food and harsher chemicals were used when my court dates were near.
② I claimed supervisors and officers blocked grievances.
③ I claimed medical was abusing power by using paper forms.
④ I claimed Scabies were passed through the laundry.

3.   What was the result, if any?

The claims are blocked by the staff by being ignored or placing the inmate in a perpetual loop and punishing them. Supervisors don't process grievances.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

There's no way to appeal supervisors blocking the grievances from administration. I tried sending requests directly to captains, admins, and doctors and was ignored.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_Supervisors block the grievance process._

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_See attachments for statements and names._

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_I tried providing contaminated food samples to staff. I also tried providing information related to my case about hospital and dental injection poisonings by Puerto Rican/Latino/Spanish people over the past six years._

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

     Plaintiff(s)        _____

     Defendant(s)      _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition      _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     _____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  01/30/25

| | |
|---|---|
| Signature of Plaintiff | *Michael Banks* |
| Printed Name of Plaintiff | Michael Banks |
| Prison Identification # | 2024 – 1770 |
| Prison Address | 520 N. Falkenburg Rd. |
| | Tampa             FL    33619 |
| | *City*        *State*   *Zip Code* |

### B.   For Attorneys

Date of signing:  _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | *City*        *State*   *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |

Statement (A) - Chemicals in food

I was arrested January 17, 2024 and reported chemicals in my food and fake toxic pills not long after. The chemicals get switched often as does the food items. I tried collecting contaminated food samples to provide to staff - no one would take the samples.

The main problem from eating the contaminated food is severe constipation that leads to bleeding and hemroids. A monthly laxative which forces a bowel movement and tears the anus causing bleeding, pain, and hemroids is also used. Beyond the problems listed above, the food also causes sleeplessness, memory loss problems, nerve pain, and many other strange problems. Much harsher chemicals were being used when my court dates got near. These harsher chemicals caused side effects like LSD and seemed intentionally done to obstruct the court and trial process and interrogate me using other inmates while I was confused.

Other health problems I experienced were muscle spasms, headaches, and leaking urine while sleeping. I recently passed a kidney stone. I am disabled and have peripheral nerve damage, dementia, cognitive impairment, and many physical disabilities.

Statement (A) - Chemicals in food

The mental health staff used my old diagnosed Schizophrenia as a weapon when I reported chemicals in the food and racial harassment I felt was related to my case. I was labeled as paranoid and hearing voices. These claims are false, and I haven't had to take Schizophrenia medication for several years. The staff use a perpetual loop system to ignore reports and allow mental health to keep their hold in place. My grievances for this problem are taken and not returned. This hold prevents me from having writing utensils in my room, and some of the officers refuse to allow me writing utensils at all.

Facts (A) - Chemicals in food
The following electronic messages are related
to the toxic chemicals in the food and are
logged with the Jail. The staff member's names
are not available:

- 05/05/24 - I reported chemicals in the food and
was told that I already spoke to Sargeant
Harvester about food problems but not chemicals
in the food. Sargeant Harvester was supposed to
come speak to me but never did.

- 05/26/24 - Supervisor's response to report for
chemicals in the food was - your complaint is
noted and be assured that HCSO and Aramark
are not aware of alleged toxic chemicals in the
food. A second message this day says that the
appropriate personel have been notified. The
problem continued to go on.

- 09/04/24 - I reported pesticide type chemicals
in the food and was told no chemicals are in the
food. The problem continued.

- 09/15/24 - I reported harsher chemicals used
after reporting to supervisors and was again told
that no chemicals are in the food. The problem
continued.

Facts (A)-Chemicals in food
- 09/20/24 - I reported chemicals in the food along with health problems and was directed to medical without the problem being addressed.
- 10/1/24 - I reported chemicals in the food again and was told that this request was already answered and to refer to previous answers.
- 10/13/24 - I specifically reported chemicals in the oatmeal and was told to refer my medical complaints to medical.
- 10/14/24 - I reported chemicals in the food and noted that the food items switched again. This message was marked duplicate and ignored.
- 10/20/24 - I reported chemicals in the food causing severe constipation problems and was told to request medical services. The problem continued to be ignored.
- 11/5/24 - I reported chemicals in the food and was directed back to the pod deputy. The perpetual loop torture begins. I also requested a housing unit change with classification due to racial harassment by officers and was denied the move.

Facts (A) - Chemicals in food
- 11/9/24 - I reported chemicals in the food and some of the night officers using sleep deprivation by hitting and kicking their desk at night. I was directed to address this with the pod deputy which causes confrontation for conflict.
- 12/3/24 - I wrote a grievance on officers and supervisors blocking problems to admins about chemicals in the food. I was told that FMJS and the Health Department inspect the Kitchen and haven't reported chemicals in the food.
- 12/3/24 - I wrote a grievance for chemicals in the food and was looped back to pod deputies. I had already spoken to O. Muga, O. Campbell, and O. Fox in unit 3D between 11/20/24 and 11/30/24 about chemicals in my food. None of them believed me and looped me to mental health. The problem continued and the hold remained.
- 12/10/24 - I specifically reported a fungicide chemical in my food causing skin reactions. I was ignored by the supervisor, and the nurses ignored the skin problem.

I also sent messages to classification, Aramark, and jail tips about chemicals in the food. These exist as electronic messages in the jail's computer system.

Statement (B) — Medical Problems

    The medical staff at the jail have been taught to ignore problems. The mental health nurses have weaponized the mental health hold by using it to prevent inmates from being able to write things down. Times and dates cannot be recorded. This effectively blocks inmates from using paper medical forms or doing law work. Reporting food problems keeps the mental health hold in place. I must eat bad food or be placed under medical supervision which prevents access to everything.

    The nurses working in the confinement areas don't display their name badges or cover them with stickers or tuck them into their shirts. This lack of identification prevents reports. The confinement nurses use a verbal sick call system. They don't process the verbal sick calls or ignore the requests. I spoke to nurse Posada on 12/13/24 and 12/27/24 about diet changes and was ignored. On 12/20/24 and 01/17/25 nurse Rosenberg ignored my requests for diet changes. The nurses are changed in the confinement areas and you don't see the same nurse often.

    On 11/12/24 mental health placed a hold on me for paranoia and hearing voices. I was

Statement (B) — Medical Problems

placed in confinement where the perpetual loop system sent me back and forth between officers and nurses. Officers ignore the problem while medical and canteen profit from it. Some of the officers take basic hygiene items away and others try to prevent inmates from using pencils. Between 11/12/24 and 11/29/24 the American Disabled Association hotline was turned off and marked unauthorized.

The nurses are taught to classify food problems as allergic reactions and ignore claims of chemicals in the food. I requested diet changes to packaged food items and was refused. I sent a paper medical grievance asking for relief on 12/4/24. The nurse didn't sign this form or process it, and I never saw her again.

The chemicals in the food specifically target my disability problems causing sleeplessness, memory loss, confusion, nerve and muscle pain, muscle spasms, and racing thoughts. The mental health nurses tell me they don't believe me and try to convince me that I am lying.

I also reported scabies or skin mites being passed through the laundry and affecting my skin. I was told to exfoliate better and purchase my own lotion.

Facts (B) - Medical problems
The following paper medical messages are related
to the medical problems:

• Between January 17 and 24 of 2024 I reported
being given fake pills and Fentynyl to nurse
Shockly in unit 1D. O. Stuart/Stewart collected
bloody stool from the toilet. Between January
24 and 31 of 2024 I reported being given more
fake pills to nurse Singletary. She and O. Stuart/
Stewart verified the bloody stool in the toilet.
The nurses and officers should have recorded
these events.

• 05/03/24 - I reported to the nurses that my
dinner had chemicals in it and requested
diet changes. No changes were made.

• 09/04/24 - I reported scabies mites affecting
my skin and was told by nurse Ogaga that
he didn't know what the skin problem was on
09/10/24. I saw nurse Ogaga again on 10/11/24.
He again verified that he didn't know what
the problem was. On 10/16/24 nurse Brooks told
me to purchase my own lotion and exfoliate
better to get rid of dry skin.

Facts (B) - Medical problems
• 10/17/24 - I wrote a medical grievance and was put in a perpetual loop to file a grievance with the officer staff. The supervisor looped me back to the pod deputy. O. Lem and O. Martinez didn't know what the mite nests were. I then requested a wash pass on 10/19/24 and was ignored by saying the issue was ruled out.
• 11/2/24 - I reported pain and sleeplessness from the muscle relaxer Robaxin 500. I filed a grievance on 11/4/24 for being concerned that the Robaxin and Melatonin were harmful and caused pain and sleeplessness. I was told that I didn't have to take the medication.
• 11/11/24 - I requested diet changes to packaged food items to prevent eating toxic chemicals. I was told that I cannot have any individual diet.

   I also sent electronic messages on 06/26/24, 10/5/24, and 10/21/24 to jail tips about being harassed after reporting food problems. On 11/29/24 a jail tips message about the American Disability Association being marked unauthorized was sent.

Statement (C) - Officer problems

Some of the officers working confinement areas don't wear name badges. The reporting system for inmates forces inmates to report to officers before reporting to supervisors and allows officers and supervisors to block grievances. Supervisor's names aren't displayed on the electronic messages.

Some of the officers engage in subtle forms of harassment and torture by using short hand-to-leg cuffs for taller people. This makes walking difficult and causes the hand cuffs to dig into the wrists. On 12/20/24 O. Rutledge in unit 3D placed leg cuffs on so tight I couldn't walk and proceeded to destroy my manilla envelope. On 01/03/25 O Rutledge placed one of the hand cuffs on too tightly.

Some of the officers try to prevent inmates from using the pencil or tablet in the confinement areas. On 12/27/24 O. Gil refused to allow me to use the pencil for legal work purposes. The officers in 1D between January and April of 2024 also refused me a pencil.

I verbally reported chemicals in my food to O. Wilson, O. Bergotolli/Bertolli, O. Diaz, and O. Menendez in 3B around June of 2024. None of them believed me. O. Wilson told me

Statement (C) - Officer problems

to shit on bread and eat it, and O. Bergotolli/
Bertolli told me I was crazy. Between 11/20/24
and 11/30/24 I verbally reported chemicals in
my food to O. Muga, O. Campbell, and O. Fox in
unit 3D. None of them believed me and looped
me to mental health. These officers blocked me
from reporting problems and ignored me.

The officer staff is supposed to monitor
phone calls and enforce jail rules. Inmates are
placing gambling bets over the phone through
friends and family. The money is funneled
into the canteen company at the same time
the food is contaminated with poisonous
chemicals.

Facts (c) - Officer problems
The following electronic messages are related to the problems caused by the officers and were made to the supervisors:

• 05/31/24 - I wrote the captain's office on a paper form about chemicals in my food and was ignored.

• 06/23/24 - I reported racial harassment by the Puerto Rican officers in 3B who were hitting my door, stomping on the stairs loudly and seemed associated with my food problems. O. Menendez, O. Diaz, O. Lacosta, and O. Rodriguez were involved. I was told to refrain from lying and to inform the deputy of insects in my cell because I reported Scabies on my skin.

• 09/13/24 - I reported Scabies coming from the laundry and was told there are no Scabies in laundry.

• 10/5/24 - I reported the intake/exhaust fans were being ran continously causing coughing and sore throats. I was told that they are not on and to speak to the pod deputy. The pod officers were purposely running them.

• 11/5/24 - I wrote a grievance about paper medical forms allowing abuses of power. Nurses don't sign them or take them and try to use a verbal system and ignore inmates. The supervisor stated that paper forms are acceptable over electronic forms.

Facts (C) - Officer problems

• 11/9/24 - Between 10/29/24 and 11/11/24 O. Lem, O. Vanderveen, O. Lama, and O. Zamora were purposely hitting and kicking their desk and slamming drawers and cabinet doors loudly in unit 7A. This was done during the middle of the night and early in the morning. On 10/31/24 O. Lama slammed the rec-yard door around midnight to wake inmates. Similar events had taken place on 07/30/24, 10/3/24, and 10/4/24 with O. Lama turning his communication radio up loudly at night and hitting and kicking the desk. O. Lama assigned my bunk near the officer desk when I first arrived in unit 7A. I was sent to confinement around 11/11/24 for reporting these problems and food problems.

• The open bay pods only have 15 tables set up which makes 60 seats. There are 72 inmates. O. Doers and O. Lama try to force everyone to eat at the tables which results in conflicts over seats.

Statement (D) — Miscellaneous Harassment

Some of the harassment and torture being used is subtle and difficult to describe. It goes unreported because of this. Loud noises made by officers is easily described, but the strange humming sounds coming from the air vents in the confinement areas are not so easily described or reported. A low humming sound can be heard most nights. It makes falling asleep or staying asleep very difficult. It's a form of subtle torture and isn't heard until after reports are made. This sound was heard in 3B and 3D after reporting chemicals in my food.

I was told by the jail tips officer to report the chemicals in the food to my attorney. I reported this several times to her without any help. I used the jail's messaging system that goes directly to the Public Defender's Office. At one point I reported a dried film on the bread. A short time after, the bread had visible swirls from something being cooked into it. The messaging system has been disconnected since October of 2024, and no one can contact the Public Defender's Office. The messages I sent to their office cannot be viewed.

Facts (D) — Miscellaneous Harassment

The following list is a collection of problems that are difficult to describe or report. I reported some of them to the Public Defender's Office. These issues are forms of subtle torture and affect all inmates:

- The Chaplain can only be contacted by paper request or through the kiosk. The kiosk only provides Jewish, Islam, or Christian material. If an inmate in confinement requests reading material from any other religion, the Chaplain locks them out of getting Jewish, Islam, or Christian material. The tablet contains many Ebooks but isn't available to confinement inmates.
- Inmates housed in confinement are treated like rule breakers and are locked in their rooms 24/7. They cannot take courses or read books on the tablet and don't have access to reference books on the tablet either.
- 11/24/24 — I reported electronically to the supervisor that the doors in unit 3D purposely slam shut. The auto-closing mechanisms aren't adjusted. I was told that the doors must slam closed. This is torture and happens every hour on the hour all night.

Facts (D) - Miscellaneous Harassment
* The Jail's electronic reporting/request system only provides about 100 spaces to type in. This isn't enough room to describe important problems in detail. A paragraph is about 300 to 500 spaces.
* The Jail's law library provides fill in the blank motions with Latin names. I don't read or speak Latin. The information should be in American English.
* The Jail's law library hides some of the common motions such as the motion to dismiss, motion to terminate council, and writ of certiorari. All motions, writs, and petitions should be available and be in English.
* I requested a Petition for writ of Certiorari on 12/31/24 and never received it.
* The U.S. Civil Rights Prisoner's Complaint Form is not available from the Jail's law library.
* Officers try to refuse inmates time to do legal work along with refusing pencils to write with.
* Only one law library request can be submitted per a week. Court addresses and other information must all be requested which consumes several weeks of requests. This seems intentional to slow inmates down and helps render them defenseless.

Relief (VI)

① I'm requesting for the Jail staff to be prevented from abusing the loophole in the law allowing poisoning and asking for the loophole that prevents medical workers from being prosecuted for problems created by medications to be corrected.

② I'm requesting for Jail staff and inmates to be prevented from poisoning food, staff educated on correct procedures to prevent poisonings, and for cameras to be added to all areas where food is stored and prepared or cooked.

③ I'm requesting that supervisors, officers, and medical staff prevented from blocking grievances.

④ I'm requesting for Jail staff to be educated about harassment and torture and how to prevent them from happening.

⑤ I'm requesting for Jail staff to know and follow the standard operating procedure for dealing with confined inmates which comes from the Department of Detention Services.

⑥ I'm requesting for rules and regulations for confined inmates to be in the inmate handbook.

Relief (VI)

⑦ I'm requesting for an electronic request system for medical to be added to the jail's system.

⑧ I'm requesting for "statement and facts (D)" for miscellaneous harassment to be investigated and corrected.

⑨ I'm requesting for this Civil Rights Complaint to be entered as evidence in my current case in Tampa, Florida under case #24CF000817A.

⑩ I'm requesting money damages of $100,000.00 for the following reasons:
ⓐ $25,000 Initial claim equal to one year of minimum wage for failing to move me when I reported racial harassment related to my case and for being forced to learn the games the staff play with the inmates.
ⓑ $25,000 for being poisoned for a year and being placed around other inmates who interrogated me about my case while I was under the influence of mind altering chemicals in my food.

Relief (VI)

Ⓒ $25,000 for being ignored for a year and told
I am lying about the food problems and for
being tortured with a perpetual looping
system that places inmates in confinement
and ignores the food problems.
ⓓ $25,000 for any future physical health or
mental health problems that show up and
require costly treatment or excessive
travel expenses.

List of names

| Officers | Nurses |
|---|---|
| S. Harvester | N. Posada |
| O. Muga | N. Rosenberg |
| O. Campbell | N. Shockly  (witness only) |
| O. Fox | N. Singletary (witness only) |
| O. Rutledge | N. Ogaga |
| O. Gil | N. Brooks |
| O. Wilson | |
| O. Bergotolli/Bertolli | |
| O. Diaz | |
| O. Menendez | |
| O. Lacosta | |
| O. Rodriguez | |
| O. Lem | |
| O. Vanderveen | |
| O. Lama | |
| O. Zamora | |
| O. Doers | |
| O. Stuart/Stewart (witness only) | |
| O. Martinez | |

Note: I was housed in units 1D, 3B, 3D, and 7A during the 2024 year.